

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Gilbert Smith
County Attorney
Jones County
Anson, Texas

Dear Sir:

Opinion No. O-2615
Re: Authority of the Chairman of
the Jones County Democratic
Executive Committee to permit
a recount of ballots cast in
Jones County for the office
of Representative of the 115th
District, under the described
facts.

Your recent letter encloses a copy of a primary
election contest petition addressed to the district chair-
man of the Democratic Executive Committee for the 24th
Senatorial District and to the chairman of the Jones Coun-
ty Democratic Executive Committee, by one Clair S. Young,
wherein certain relief is asked for relating to the gen-
eral primary election held in Jones County for the office
of Representative of the 115th District. The petition
shows to have been filed with the District Executive Com-
mittee of the 24th Senatorial District and to have been
presented to Ernest Walter Wilson as district chairman for
the 24th Senatorial District of Texas and acted upon by
him in such capacity in the setting of a date for hearing
on the petition. In connection therewith you request our
opinion as to whether Clarence Johnson as chairman of the
Jones County Democratic Executive Committee should, under
such petition, permit a recount of all the ballots in Jones
County for the office of Representative of the 115th Dis-
trict, or permit only a recount of the ballots in box No. 30
in West Hamlin, Jones County.

A study of Articles 3112, 3118, 3127 (as amended
by the 43rd Legislature ), 3146, 3147, 3148 and 3149, Re-
vised Civil Statutes of Texas, discloses that neither the
District Democratic Executive Committee for the 24th Sena-
torial District of Texas nor the executive committee of Jones

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Gilbert Smith, page 2.

County have any authority to decide a primary election
contest involving the office of Representative of the
115th Legislative District of Texas, composed of Jones
and Shackelford Counties.

It accordingly follows that the petition of
Clair S. Young accompanying your letter does not author-
ize Clarence Johnson as chairman of the Jones County
Democratic Committee to permit a recount of any of the
ballots in Jones County, including box No. 30 in West
Hamlin, Jones County, for the office of Representative
of the 115th Legislative District of Texas.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By (s) Zollie C. Steakley
Assistant

ZCS:jm

APPROVED AUG. 14, 1940
(s)  Grover Sellers
First Assistant Attorney
General

APPROVED
Opinion Committee
By  R. W. F.  Chairman